**THIS ORDER IS APPROVED.**

**Dated: September 30, 2015**



*Brenda Moody Whinery*, Bankruptcy Judge

**GUST ROSENFELD P.L.C.**
One E. Washington, Suite 1600
Phoenix, Arizona 85004-2553
Telephone No. (602) 257-7422
Facsimile No. (602) 254-4878
John A. Nasr – 029343
*jnasr@gustlaw.com*

**Attorneys for** *Séan P. O'Brien, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 4:13-bk-03312-BMW |
| STINGER WELDING, INC., | (Chapter 11) |
| Debtor. | |
| SÉAN P. O'BRIEN, Chapter 11 Trustee, | Adv. No. 4:15-ap-00176-BMW |
| Plaintiff, | |
| v. | |
| SUPERIOR SUPPLY AND STEEL, a Louisiana corporation, | |
| Defendant. | |

## JUDGMENT

Séan P. O'Brien, Chapter 11 Trustee, ("**Plaintiff**") having filed a *Motion for Entry of Default Judgment*, the Clerk having entered default against Superior Supply and Steel (the "**Defendant**"); and there being no just reason for delaying entry of judgment against the Defendant, the Court now directs that final Judgment be entered in favor of Plaintiff and against the Defendant.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff, Séan P. O'Brien, Chapter 11 Trustee, have and recover final Judgment against Defendant Superior Supply and Steel, as follows:

1. The transfers at issue are hereby avoided under 11 U.S.C. §§ 547 and 548 in the amount of $23,094.71; and

2. Defendant shall pay to Plaintiff the sum of $23,094.71, plus interest thereon at the federal judgment rate of 0.25% per annum, upon entry of judgment, until paid in full.

**ORDERED ACCORDINGLY,**
**(Signed and Dated above)**